1
2
3
4
5
6
7
8
9

JS-6

10          **IN THE UNITED STATES DISTRICT COURT**

11        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13 MORDECHAI RUBIN aka MICHAEL RUBIN, | Case No. 8:20-cv-00944-JLS (DFMx) |
| 14 | |
| 15          Plaintiff, | **FINAL JUDGMENT** |
| 16          vs. | |
| 17 SCBH LABORATORY LLC d/b/a SCBH LLC; CHARLES MCPHAIL; ANDRE MCPHAIL, AND DOES 1 | |
| 18 THROUGH 10, | |
| 19          Defendants. | |

20
21
22
23
24
25
26
27
28

Plaintiff, Mordechai Rubin aka Michael Rubin ("Plaintiff") and Defendants Charles McPhail, and Andre McPhail ("Defendants," and together with Plaintiff, the "Parties"), having stipulated to the entry of this Judgment by the Court, the Court having considered the matter and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      This Court has jurisdiction of the subject matter hereof and the parties to this Stipulation for Entry of Final Judgment (Stipulation), venue is proper in this county, and this Court has jurisdiction to enter this Judgment.

2.      Judgment is entered in favor of Plaintiff, Mordechai Rubin aka Michael Rubin and against Defendants Charles McPhail and Andre McPhail, jointly and severally, on the Second, Third and Fourth Causes of Action of the Complaint in the total amount of $516,205.48.

3.      The First Cause of Action of the Complaint is voluntarily dismissed by Plaintiff as are the Plaintiff's claims for alter-ego against the Defendants.

4.      This Court shall retain jurisdiction to enforce the terms and conditions of the Stipulated Judgment and of the separate Settlement Agreement entered into by the Parties.

5.      Except as otherwise set forth in the Settlement Agreement, the Parties shall each bear their own costs.

**IT IS SO ORDERED.**

DATED: July 23, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE